391 A.2d 673

Commonwealth v. Ayala, Appellant.

Submitted September 12, 1977. John J. Thomas, Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Appellant's claim that his offenses should have merged is without merit. However, the

584

judgment of sentence is vacated and the case is remanded for resentencing on both the aggravated assault and attempt charges; the new sentence is to be imposed in conformance with 18 Pa. C.S. § 1357.

WATKINS, former P. J., did not participate in the consideration of decision of this case.